UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:01-00142 |
| | ) | JUDGE CAMPBELL |
| GREGORY STEVEN HORN | ) | |

## ORDER

By contemporaneous Order, the Court GRANTED the Defendant's Motion To Vacate, Set Aside Or Correct Sentence in <u>Gregory S. Horn v. United States</u>, Civil Case No. 3:13-01321, and determined that the Defendant was entitled to a re-sentencing hearing in this case.

Accordingly, the Court will hold a re-sentencing hearing on September 5, 2014, at 10:00 a.m. The Probation Office shall prepare a Supplemental Presentence Report. At least seven (7) days prior to the sentencing hearing, the parties shall file their positions with regard to sentencing. The Defendant shall attend the re-sentencing hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE