UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:01-00142 |
| | ) | JUDGE CAMPBELL |
| GREGORY STEVEN HORN | ) | |

## ORDER

Prior to the sentencing hearing on September 5, 2014, the parties shall file a notice of any objections to the Presentence Report. If they have no objections, they shall indicate in the notice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE